# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MUHAMMED TILLISY,

    Petitioner,

v.

MARION FEATHER,

    Respondent.

CASE NO. C11-1858 MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On November 28, 2011, a Report and Recommendation was filed in the above-entitled matter. Dkt. No. 7. Petitioner was advised that he had until December 19, 2011 to file his objections to the report and that it would be ripe for review on December 23, 2011.

On December 5, 2011, the Clerk of the Court was contacted by Petitioner, who requested another copy of the R&R at his new address (of which he had notified the Court previously; *see* Dkt. No. 9). The docket reflects that a new copy of the R&R was mailed to Petitioner at his new address on that same date.

MINUTE ORDER- 1

In view of Petitioner's unavoidable delay in receiving the Report and Recommendation, the Court issues the following orders:

1. Petitioner shall have 21 days from December 5, 2011 to file any objections to the Report and Recommendation. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within 14 days after service of the objections. If no objections are filed, the matter will be ready for consideration by this Court on **December 30, 2011**.

2. Petitioner has filed an "Emergency Motion for Declaratory Judgment or Injunction" (Dkt. No. 12) on December 12, 2011. That motion will be STAYED pending a ruling on the Report and Recommendation.

The clerk is ordered to provide copies of this order to all counsel.

Filed this _15th_ day of December, 2011.

William M. McCool  
Clerk of Court

s/Mary Duett  
Deputy Clerk
