# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUHAMMED TILLISY,<br><br>      Petitioner,<br><br>  v.<br><br>MARION FEATHER,<br><br>      Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-1858 MJP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's habeas corpus petition is DISMISSED with prejudice.  Any remaining motions filed by Petitioner in this matter are DENIED as moot.  As no reasonable jurist could disagree with the resolution of this matter, no certificate of appealability will issue regarding this ruling.

Dated: December 22, 2011.

                William M. McCool
                Clerk of Court

                s/Mary Duett
                Deputy Clerk